# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.A. FISCHER, D.C. KING, S.A. DOMINGUEZ**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

v.

**ZACHARY D. SWAFFORD**
**LANCE CORPORAL (E-3), U.S. MARINE CORPS**

**NMCCA 201400361**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged:** 30 Jul 2014.
**Military Judge:** Maj N.A. Martz, USMC.
**Convening Authority:** Commanding General, II Marine Expeditionary Force, Camp Lejeune, NC.
**Staff Judge Advocate's Recommendation:** Col G.W. Riggs, USMC.
**For Appellant:** LCDR Shannon Llenza, JAGC, USN.
**For Appellee:** Mr. Brian Keller, Esq.

**22 January 2015**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c). The supplemental court-martial order will reflect that the military judge merged Specifications 1, 2, and 3 under Charge I into a single specification prior to findings.

For the Court


R.H. TROIDL
Clerk of Court